# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Sygnetics, Inc. ) ASBCA No. 60140
)
Under Contract No. W74V8H-04-D-0066 )

APPEARANCE FOR THE APPELLANT: Daniel C. McAuliffe, Esq.
Whitcomb Law, PC
Denver, CO

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Lawrence S. Rabyne, Esq.
Senior Trial Attorney
Defense Contract Management Agency
Arlington Heights, IL

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 4 May 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60140, Appeal of Sygnetics, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals